IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

IRENE M. ALBERT,

        Plaintiff,

        v.

JO ANNE B. BARNHART,
Commissioner of Social Security

        Defendant.

No. CV 05-890-AS

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS & RECOMMENDATION

**MOSMAN, J.,**

    On September 28, 2006, Magistrate Judge Ashmanskas issued Findings and Recommendation ("F&R") (#26) in the above-captioned case recommending the Commissioner's decision should be reversed and remanded for additional proceedings. No objections were filed.

    In conducting my review of the F&R, I apply the following standard. The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is

PAGE 1 - ORDER

made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, the court is free to accept, reject, or modify any of the magistrate judge's F&R. 28 U.S.C. § 636(b)(1)(C).

After reviewing the F&R and relevant materials, the F&R is ADOPTED without modification. Accordingly, Ms. Albert's complaint (#2) is DISMISSED and all other motions, if any, are DENIED as MOOT.

IT IS SO ORDERED.

DATED this   26th   day of October, 2006.

                                          /s/ Michael W. Mosman
                                          MICHAEL W. MOSMAN
                                          United States District Court